■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OLDIES BUCHANON, Appellant.—Judgment, Supreme Court, New York County, rendered March 14, 1973, convicting defendant of the crime of rape, first degree, unanimously modified, on the law, to dismiss the count of assault,

second degree, and otherwise affirmed. The dismissed count is a lesser included count in the indictment and conviction of the greater count requires dismissal of the lesser. *(People v Pyles,* 44 AD2d 784; CPL 300.40, subd 3 par [b].)* Concur—Stevens, P. J., Markewich, Capozzoli and Lane, JJ.